DOLLY M. TROMPETER, ESQ.
CA Bar ID No. 235784
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 415-271-8604
Fax: 866-282-6709
dolly@dollydisabilitylaw.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GONZALEZ TAPIA,<br><br>    Plaintiff,<br><br>    vs.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-00478-DAD-BAM<br><br>STIPULATION AND |~~PROPOSED~~|<br>ORDER FOR EXTENSION OF TIME |

    IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from August 2, 2022 to September 1, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

    This is Plaintiff's third request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs

1

being due on the same week. For the week of August 1, 2022 and August 8, 2022, Counsel for Plaintiff has 7 merit briefs, and several letter briefs and reply briefs.

Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                        Respectfully submitted,

Dated: August 2, 2022        PENA & BROMBERG, ATTORNEYS AT LAW

                                      By: */s/ Dolly M. Trompeter*
                                           DOLLY M. TROMPETER
                                           Attorneys for Plaintiff

Dated: August 2, 2022        PHILLIP A. TALBERT
                                           United States Attorney
                                           PETER K. THOMPSON
                                           Acting Regional Chief Counsel, Region IX
                                           Social Security Administration

                                        By:  */s/ Patrick Snyder*
                                           Patrick Snyder
                                           Special Assistant United States Attorney
                                           Attorneys for Defendant
                                           (*As authorized by email on August 2, 2022)

## ORDER

Pursuant to the parties' stipulation, and cause appearing, Plaintiff's third request for an extension of time to file an Opening Brief is GRANTED.  Plaintiff shall file an Opening Brief on or before September 1, 2022.  All other deadlines in the Court's Scheduling Order are modified accordingly.  No further extensions of time will be granted absent a demonstrated showing of good cause.

IT IS SO ORDERED.

Dated: __August 3, 2022__                   /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE