# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT GONZALEZ TAPIA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,[1]<br><br>　　　　Defendant. | Case No.  1:21-cv-00478-ADA-BAM<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED<br><br>**FOURTEEN-DAY DEADLINE** |

Plaintiff Albert Gonzalez Tapia ("Plaintiff") filed this action on March 22, 2021, seeking review of the Commissioner of Social Security's denial of his applications for disability benefits.  (Doc. 1.)  On March 24, 2021, the Court entered a scheduling order in this action. (Doc. 5.)

On January 26, 2022, the Commissioner filed the administrative record.[2]  (Doc. 12.)  On September 1, 2022, Plaintiff filed his opening brief in support of remand.  (Doc. 23.)  Pursuant to the Court's Scheduling Order, Defendant was required to file a responsive brief within thirty (30) days after service of Plaintiff's opening brief.  (Doc. 5 at ¶ 7.)  The parties were warned that failure to comply with the Court's Scheduling Order may result in sanctions pursuant to

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi is substituted for Andrew Saul as the defendant in this suit.

[2] Upon filing of the administrative record, the stay in this action was automatically lifted pursuant to General Order 615.  (*See* Doc. 13.)

1

Local Rule 110. (*Id.* at ¶ 15.) Defendant has not filed a responsive brief, and the time in which to do so has passed.

Accordingly, Defendant is HEREBY ORDERED to SHOW CAUSE in writing why sanctions, which may include a recommendation that Plaintiff's motion for remand be granted, should not be imposed for the failure to comply with the Court's Scheduling Order. Defendant may comply with this order by filing a written response to this order to show cause (or by filing a responsive brief) within **fourteen (14) days from the date of this order**.

**Defendant is forewarned that failure to respond to this order to show cause also may result in the imposition of sanctions for failure to obey a court order.**

IT IS SO ORDERED.

Dated:   **December 6, 2022**              /s/ *Barbara A. McAuliffe*
                                            UNITED STATES MAGISTRATE JUDGE